IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BRITTANY ALLISON,

    Plaintiff,

v.     Case No. 1:18-cv-00401-KG-SCY

CITY OF FARMINGTON,
FARMINGTON POLICE DEPARTMENT,
STEVEN HEBBE, in his individual capacity, AND
BRIAN JOHNSTON, in his individual capacity,

    Defendants.

## ORDER

THIS MATTER having come before the Court on Plaintiff's Unopposed Motion for Extension of Time to Respond to Defendants' Three Motions for Summary Judgment and the Court having reviewed the pleading and being otherwise fully apprized in the premises;

FINDS that the motion is well-taken and should be granted;

IT IS, THEREFORE, ORDER, ADJUDGED, AND DECREED that Plaintiff's Unopposed Motion for Extension of Time to Respond to Defendants' Three Motions for Summary Judgment be, and the same hereby is, granted. Plaintiff has until April 15, 2019, inclusive, to file her Response.

_____
UNITED STATES DISTRICT JUDGE

SUBMITTED BY:      APPROVED BY:

*/s/Michael E. Mozes*      *Approved via e-mail, 3-6-2019*
Michael E. Mozes      Brian K. Nichols
Attorney for Plaintiff      Attorney for Defendants