IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

BRITTANY ALLISON,

    Plaintiff,

v.                                           No. 18-CV-00401 KG/SCY

THE CITY OF FARMINGTON
FARMINGTON POLICE DEPARTMENT,
STEVEN HEBBE, in his individual capacity, AND
BRIAN JOHNSTON, in his individual capacity,

    Defendants.

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO REPLY TO DEFENDANTS' THREE MOTIONS FOR SUMMARY JUDGMENT

This matter having come before this Court on Defendants' Unopposed Motion for Extension of Time to Reply to Defendants' Three Motions for Summary Judgment, and the Court having reviewed the Unopposed Motion for Extension of Time and being otherwise fully informed, FINDS that this Unopposed Motion for Extension of Time to Reply to Defendants' Three Motions for Summary Judgment is well-taken and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Defendants' Unopposed Motion for Extension of Time to Reply to Defendants' Three Motions for Summary Judgment is GRANTED. Defendants have until May 13, 2019 to file their Replies.

_____
UNITED STATES DISTRICT JUDGE

Submitted & Approved by:


| | |
|---|---|
| */s/ Mia K. Lardy* | */s/ Approved as to form by e-mail on April 25, 2019* |
| *Attorneys for Defendants:* | *Attorney for Plaintiff* |
| Brian K. Nichols | Michael Mozes |
| Mia K. Lardy | Law Offices of Michael E. Mozes, PC |
| Modrall, Sperling Law Firm | 5732 Osuna Rd. NE |
| P.O. Box 2168 | Albuquerque, NM 87109-2527 |
| Albuquerque, New Mexico 87103-2168 | michael@mozeslawoffice.com |
| (505) 848-1852 | |
| bkn@modrall.com | |
| mlk@modrall.com | |