IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BRITTANY ALLISON,

    Plaintiff,

vs.                        No. CV 18-401 KG/SCY

CITY OF FARMINGTON,
FARMINGTON POLICE DEPARTMENT,
STEVEN HEBBE, in his individual capacity, and
BRIAN JOHNSTON, in his individual capacity,

    Defendants.

## SUMMARY ORDER

This matter comes before the Court on Plaintiff Brittany Allison's Motion for Summary Judgment on Counts I and III of the Originally-Filed Complaint, filed December 12, 2018. (Doc. 43). The Court granted Defendants City of Farmington, Farmington Police Department, Steven Hebbe, and Brian Johnston's (Defendants) Motion to Dismiss Count I and Count III of Plaintiff's Complaint by Memorandum Opinion and Order on June 11, 2019. (Doc. 67). Plaintiff's Motion for Summary Judgment on Counts I and III is moot.

IT IS, THEREFORE, ORDERED that

1. Plaintiff Brittany Allison's Motion for Summary Judgment on Counts I and III of the Originally-Filed Complaint, filed December 12, 2018 (Doc. 43) is denied as moot; and

2. Judgment is entered against Plaintiff Brittany Allison on Counts I and III.

                                                                                       _____
                                                                                       UNITED STATES DISTRICT JUDGE