IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BRITTANY ALLISON,

    Plaintiff,

vs.                                          No. CV 18-401 KG/SCY

CITY OF FARMINGTON,
FARMINGTON POLICE DEPARTMENT,
STEVEN HEBBE, in his individual capacity, and
BRIAN JOHNSTON, in his individual capacity,

    Defendants.

## **PARTIAL JUDGMENT**

Having granted Defendants City of Farmington, Farmington Police Department, Steven Hebbe, and Brian Johnston's (Defendants) Motion to Dismiss Count I and Count III of Plaintiff's Complaint by Memorandum Opinion and Order on June 11, 2019 (Doc. 67), and having denied as moot Plaintiff Brittany Allison's Motion for Summary Judgment on Counts I and III of the Originally-Filed Complaint by Summary Order filed contemporaneously herewith (Doc. 68),

IT IS ORDERED THAT

1. Judgment is entered against Plaintiff Brittany Allison on Counts I and III of her Complaint; and

2. Counts I and III of Plaintiff Brittany Allison's Complaint are dismissed without prejudice.

_____
UNITED STATES DISTRICT JUDGE