IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

BRITTANY ALLISON,

    Plaintiff,

vs.                                                  Civ. No. 18-401 KG/SCY

THE CITY OF FARMINGTON,
FARMINGTON POLICE DEPARTMENT,
STEVEN HEBBE, in his individual capacity, AND
BRIAN JOHNSTON, in his individual capacity,

    Defendants.

## SUMMARY JUDGMENT ON COUNTS VII, VIII, AND IX

Having granted, in part, Defendants' Motion for Summary Judgment as to All State Law Counts of Plaintiff's Complaint (Doc. 50) by a Memorandum Opinion and Order entered contemporaneously with this Summary Judgment on Counts VII, VIII, and IX,

IT IS ORDERED that

1. summary judgment is entered in favor of Defendants City of Farmington, Farmington Police Department, Steven Hebbe, and Brian Johnston on Counts VII, VIII, and IX of the Complaint (Doc. 1); and

2. Counts VII, VIII, and IX are dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE